IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Allen Barber, on behalf of himself and those similarly situated, | : |
| | :     Civil Action 2:13-cv-00001 |
| Plaintiff | |
| | :     Judge Marbley |
| v. | |
| | :     Magistrate Judge Abel |
| Premier Delivery Services, Inc. and Premier Courier, Inc., | : |
| Defendants | |

## ORDER

The January 10, 2013 application of Ashley Lindenmier to appear *pro hac vice* as co-counsel for plaintiff Allen Barber (doc. 2) is GRANTED **on the condition that, within 15 days of the date of this Order, counsel register for electronic filing.  S.D. Ohio Civ. Rule 83.5(b).  Counsel should register on-line:**

http://www.ohsd.uscourts.gov/cmecfreg.htm

A log-on and password for electronic filing will be sent out the next business day.  The Court will serve all notices and orders on counsel electronically.  Additional information about electronic filing may be found at the Court's website:

http://www.ohsd.uscourts.gov/cmecf.htm

If counsel experiences any problems registering, she should call Lisa Wright (614-719-3222).

                                                  s/Mark R. Abel
                                             United States Magistrate Judge