IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Allen Barber, on behalf of himself and those similarly situated, | : | |
| | : | Civil Action 2:13-cv-00001 |
| Plaintiff | | |
| | : | Judge Marbley |
| v. | | |
| | : | Magistrate Judge Abel |
| Premier Courier, Inc., | | |
| | : | |
| Defendant | | |

## ORDER

The parties' March 12, 2013 joint motion to stay (doc. 22), which the Magistrate Judge also treats as a motion to continue the Rule 16 scheduling conference noticed for April 18 at 10:00 a.m., is GRANTED.

Counsel state that the parties will participate in a mediation with a private mediator on May 21. Counsel are DIRECTED to call my office (614.719.3370) on or before **May 28, 2013** to advise me of the status of their clients' negotiations and, if the case cannot been resolved by settlement at this time, to reschedule the Rule 16 scheduling conference.

s/Mark R. Abel
United States Magistrate Judge